IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

United States Courts
Southern District of Texas
FILED
*February 21, 2024*
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| KERESHE BROWN, | § |
| Plaintiff, | § |
| vs. | § |
| OW Green River Apartments LLC | § |
| OW Green River Apartments 1031 LLC | § |
| OW Green River MHC LLC | § |
| OW Green River Storage 1031 LLC | § |
| OW Green River Storage LLC | § |
| Defendant. | |

Case No:  3:24-cv-49

Jury Trial Demanded

DECLARATION OF CLAIM FOR BREACH OF LEASE AGREEMENT, MISAPPROPRIATION OF TRUST AND TRUST ASSETS, WRONGFUL EVICTION, VIOLATIONS OF TRADE NAME, FRAUDULENT MISREPRESENTATION, RICO, AND EXTORTION

COMES NOW, KERESHE BROWN, by and through her undersigned propria persona, and for her declaration of claim against OW GREEN RIVER APARTMENTS LLC AS AGENT FOR GREEN RIVER LLC (hereinafter "Defendant"), states as follows:

1. Plaintiff declares and incorporates by reference all of the allegations set forth in her Complaint.

2. Defendant, as agent for Green River LLC, entered into a Lease Agreement with Plaintiff for the rental of apartment unit [Apt D], located at [5417 FM 517 Road East, Dickinson, Texas 77539], on [03/10/2023 and 03/14/2023] (hereinafter "Lease Agreement").

3. Pursuant to the Lease Agreement, Plaintiff paid all rent and complied with all terms and conditions, including maintaining the unit in good condition as required by the Lease Agreement.

4. However, Defendant has breached the Lease Agreement by failing to provide a habitable and safe living environment for Plaintiff, as numerous and repeated violations of health, sanitation, and building codes have been discovered on the property.

5. Defendant has also misappropriated the trust and trust assets of Plaintiff by failing to properly maintain the property and using trust funds for purposes other than those designated in the Lease Agreement.

6. In addition, Defendant wrongfully evicted Plaintiff from the premises, despite her compliance with all terms of the Lease Agreement.

7. Defendant has also violated trade name laws by doing business under a name other than its registered trade name, causing confusion and damage to the reputation of Plaintiff.

8. Furthermore, Defendant has engaged in fraudulent misrepresentation by misrepresenting the condition of the property and its ability to provide a safe and habitable living environment to Plaintiff.

¿

Influenced and Corrupt Organizations Act (RICO), as they have engaged in fraudulent activities to obtain money from Plaintiff through extortion.

10. Defendant's actions have caused and continue to cause damages to Plaintiff, including but not limited to, loss of use and enjoyment of the premises, physical and emotional distress, and financial losses.

11. Plaintiff seeks damages in an amount to be determined at trial, as well as injunctive relief to prevent Defendant from engaging in further illegal activities.

12. Plaintiff also requests the Court to order Defendant to correct all violations of health, sanitation, and building codes on the property, and to properly maintain the premises in accordance with the Lease Agreement.

WHEREFORE, Plaintiff respectfully prays for entry of judgment against Defendant, and for such other and further relief that the Court deems just and proper under the circumstances.

Respectfully submitted,

Kereshe Brown

5417 FM 517 Road East Apt D

Dickinson, Texas 77539

Brownkereshe@gmail.com