United States District Court
Southern District of Texas
**ENTERED**
May 07, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KERESHE BROWN, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:24-cv-49 |
| OW GREEN RIVER APARTMENTS LLC, *et al.*, | § § § § | |
| Defendants. | § § | |

# **FINAL JUDGMENT**

Pursuant to the court's memorandum opinion, Dkt. 46, entered in this case granting the defendants' motion to dismiss, Dkt. 45, it is ordered that this case is dismissed with prejudice.

### **THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 7th day of May, 2024.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE